UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| TYRONE BROWN, | : | VIOLATION: |
| | : | 18 U.S.C. § 751(a) |
| Defendant. | : | (Escape from Custody) |

# **I N D I C T M E N T**

The Grand Jury charges that:

## **COUNT ONE**

On or about July 18, 2017, within the District of Columbia, **TYRONE BROWN**, did knowingly escape from the custody of the Bureau of Prisons, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgement and commitment of the Superior Court for the District of Columbia upon convictions for the commission of Assault With a Dangerous Weapon, and Aggravated Assault, in violation of Title 22, District of Columbia Code, Sections 402 and 404.01.

(**Escape from Custody**, in violation of Title 18, United States Code, Section 751(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.