UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 18-CR-380 (KBJ) |
| v. | : | |
| TYRONE BROWN, | : | VIOLATION: |
| | : | 18 U.S.C. § 751(a) |
| Defendant. | : | (Escape from Custody) |

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

On or about July 15, 2017, within the District of Columbia, **TYRONE BROWN**, did knowingly escape from the custody of the Bureau of Prisons, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgement and commitment of the Superior Court for the District of Columbia upon convictions for the commission of Assault With a Dangerous Weapon, and Aggravated Assault, in violation of Title 22, District of Columbia Code, Sections 402 and 404.01.

(**Escape from Custody**, in violation of Title 18, United States Code, Section 751(a))

Respectfully submitted,

JESSIE K. LIU
United States Attorney
D.C. Bar No. 472845

By: _____
C.B. BUENTE
D.C. Bar No. 1009886
United States Attorney's Office
Violent Crimes & Narcotics Trafficking Section
555 4th Street, N.W.
Washington, DC 20530
Telephone No. 202.252.7043
christopher.buente@usdoj.gov